UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**19-CR-20447-AHS**

UNITED STATES OF AMERICA,
vs.
JASON VAN EMAN,
    Defendant.
_____/

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Jason Van Eman, the defendant in the above styled case, appeals to the United States District Court of Appeals for the Eleventh Circuit Court, the judgment and sentence entered by the Honorable Judge Raag Singhal on July 22, 2022.

I HEREBY CERTIFY that a true and correct copy of the foregoing notice was electronically filed with the Clerk of the Court using CM/ECF and served via email this 22nd day of July, 2022, on the U.S. Attorney's Office, Miami, Florida.

Respectfully submitted,

/s/Sidney Z. Fleischman
FLEISCHMAN & FLEISCHMAN, P.A.
Sidney Z. Fleischman
800 E. Broward Blvd., Suite 402
Ft. Lauderdale, FL  33301
Phone  954-523-7223
Fax      954-523-4840
Fla. Bar No. 0762962
Email: sf@ffjustice.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**19-20447-CR-SINGHAL**

UNITED STATES OF AMERICA,

vs.

JASON VAN EMAN,
    Defendant.
_____/

### DEFENDANT'S MOTION TO APPOINT COUNSEL TO DEFENDANT FOR APPEAL AND TO ALLOW THE DEFENDANT TO PROCEED IN FORMA PAUPERIS

COMES NOW the defendant Jason Van Eman, and files this motion requesting that the court appoint him appellate counsel and allow him to procced on appeal In Forma Pauperis, and in support of this motion states as follows:

1. The defendant was sentenced by the court to 262 months BOP on July 21, 2022. As of the filing of this motion the judgment and sentence has not yet been filed by the court.

2. The defendant hired his current attorneys for trial purposes only. The fee paid was reasonable, and was not for purposes of appeal, nor would it be enough to cover work required for this case on appeal. Further, there is no cost money available to pay for the costs of the appeal including the filing fee and costs for transcripts.

3. The defendant presently has no available funds to pay for the fees and costs of an appeal, nor does he have a third-party source that can pay for the costs and fees of an appeal.

4. Notice of appeal was filed on July 22, 2022.

WHEREFORE, the defendant, Jason Van Eman, respectfully requests this honorable court to set a hearing and thereafter enter an Order (1) allowing him to proceed In Forma Pauperis, (2) allowing trial counsel to withdraw, (3) appointing appellate counsel to represent the defendant in this direct appeal.

                    Respectfully submitted,

/s/<u>Sidney Z. Fleischman</u>
   FLEISCHMAN & FLEISCHMAN, P.A.
   Sidney Z. Fleischman
   800 E. Broward Blvd., Suite 402
   Ft. Lauderdale, FL  33301
   Phone  954-523-7223
   Fax     954-523-4840
   Fla. Bar No. 0762962
   Email: sf@ffjustice.com

/s/ <u>Neil Karadbil</u>
   Neil Karadbil, Esq.
   Email: nkaradbil@gmail.com
   Fla. Bar No.:  219381
   Phone: 954-523-7223

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was electronically filed with the Clerk of the Court using CM/ECF and served via email this 22nd day of July, 2022, on the U.S. Attorney's Office, Miami, Florida.

                    /s/ <u>Sidney Z. Fleischman</u>
                    Sidney Z. Fleischman